AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

**MAY 03 2017**

**Clerk of Court**

| | |
|---|---|
| United States of America<br>v.<br>Salvador Hernandez<br><br>*Defendant(s)* | Case No. M-17-0807-M<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 27, 2016** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841<br>21 USC § 846 | Possess with intent to distribute a controlled substance, more than 500 grams of cocaine.<br><br>Conspiracy to possess with intent to distribute a controlled substance, more than 500 grams of cocaine. |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

*Complainant's signature*

Jonathan Beyer, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/03/2017

*Judge's signature*

City and state: McAllen, Texas

US Magistrate Judge Dorina Ramos
*Printed name and title*

On August 27, 2016, at approximately 6:50 a.m., the San Juan Police Department received a 911 call reporting an accident near Moore Rd and S. Stewart Rd in San Juan, Texas. Minutes later, San Juan PD Officer Salvador HERNANDEZ, as well as several USBP Agents, arrived on the scene and found a Ford Expedition abandoned in an orchard. A search of the vehicle located two duffle bags containing bundles wrapped in black and grey tape. A Border Patrol K-9 was deployed, and the K-9 alerted to the presence of narcotics within the bundles. Shortly thereafter, the two duffle bags containing the tape-wrapped bundles were placed in HERNANDEZ' marked patrol unit. Approximately, an hour and a half later, HERNANDEZ delivered the two duffle bags containing the tape-wrapped bundles to the San Juan Police Department. An accounting of the bundles revealed that there 37 bundles.

At approximately 9:00 a.m., DEA agents responded to San Juan PD and later seized the 37 tape-wrapped bundles. Through an ongoing narcotics investigation, agents are aware that the duffle bags, which were seized from the Ford Expedition and placed into HERNANDEZ' patrol unit, contained 40 bundles of cocaine at the time HERNANDEZ took possession of the duffle bags.

Subsequently, agents interviewed HERNANDEZ who stated that on August 27, 2016, he had possession of the duffle bags and the bundles contained within from the time the duffle bags were placed into his patrol car up until the time he delivered them to the San Juan Police Department.

Agents obtained video footage showing that during the time HERNANDEZ was in possession of the bundles, and prior to him delivering the bundles to the police station, he and another officer touched and handled the bundles. Additionally, HERNANDEZ and the other officer discussed what they believed was in the bundles and that the bundles had not been counted by anyone.