United States District Court
Southern District of Texas
FILED

DEC 15 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States of America

v.                                      CRIMINAL NO. M-16-1376-5,6

Richard Leon Castillo,
Salvador Hernandez

JURY NOTE NUMBER **1**

_____

_____

_____

_____

_____

_____

_____

DATE 12-15-17

TIME 1006  (AM)/PM

FOREPERSON OF THE JURY

Your Honor,

Gov. Ex #21 — We would like to see 8/27/16 Hernandez Body Camera Video @ Jack N Box.
We are looking @ timeline + procedures of police dept.

Gov. Ex #17, #18 — Body Camera Video Hernandez Orchard Video @ Shed
Timeline —

Gov. Ex #19 — Body Camera Video Hernandez
Timeline —

16
20
25

Dispatch

10:06am

1) Jack in the Box to the accident scene
2) Hernandez to accident scene to shed
3) Hernandez to accident scene to the shed, the shed to the scene + then to police station