UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M:16-1376 |
| | § | |
| SALVADOR HERNANDEZ, | § | |
| RICHARD CASTILLO | § | Jury Selection May 9, 2018 |

### EXHIBIT LIST OF UNITED STATES OF AMERICA

provided by: Assistant United States Attorney, Kristen J. Rees

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARK | OFFER | OBJECT | ADMIT | DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Aerial of Moore and Steward in San Juan, TX | Yes | Yes / No | No | Yes/No | |
| 2 | Photo, bundles of narcotics in bags at San Juan PD 8/27/2016 | Yes | Yes / No | No | Yes/No | |
| 3 | Photo, bundles of narcotics on table at San Juan PD 8/27/16 | Yes | Yes / No | No | Yes/No | |
| 4 | Photos, Officers, Agent with bundles at San Juan PD on 8/27/16 (2 pages) | Yes | Yes / No | No | Yes/No | |
| 5 | Lab Report, Case # M5-16-0103, LIMS # 2016-SFL6-06660, Ex 1, 37 Units | Yes | Yes / No | Yes/No | Yes/No | |
| 6 | Photo, bundles on DEA scale on 8/27/2016 | Yes | Yes / No | No | Yes/No | |
| 7 | Photo, inside of grey bundle on 8/27/2016 | Yes | Yes / No | No | Yes/No | |
| 8 | Photo, inside of black bundle on 8/27/2016 | Yes | Yes / No | No | Yes/No | |
| 9 | Video, Stripes surveillance video on Aug 27, 2016 | Yes | Yes / No | Yes | Yes/No | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARK | OFFER | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| 10 | Photo, Aug 31, 2016 bundle in dirt | Yes | Yes / No | Yes/No | Yes/No | |
| 11 | Photo, Aug 31, 2016 15 bundles in back of pickup truck | Yes | Yes / No | Yes/No | Yes/No | |
| 12 | Lab Report, Case # M5-16-0103, LIMS # 2016-SFL6-06658, Ex 3.01, 3.02, 15 Units | Yes | Yes / No | Yes/No | Yes/No | |
| 13 | Body Camera Demonstrative Exhibit | Yes | Yes / No | Yes/No | Yes/No | |
| 14 | RMS Screen shots of 8/27/16 | Yes | Yes / No | Yes/No | Yes/No | |
| 15 | Hernandez San Juan Seizure Report | Yes | Yes / No | Yes/No | Yes/No | |
| 16 | San Juan PD Dispatch Radio Communications, August 27, 2016 | Yes | Yes / No | Yes/No | Yes/No | |
| 16A | San Juan PD Dispatch Radio Communications, August 27, 2016 Louder | Yes | Yes / No | Yes/No | Yes/No | |
| 17 | Hernandez Body Camera Video in San Juan, Texas Orchard, August 27, 2016 ("BODY.X78045972.1794.160827.065708.1175.MP4") CD | Yes | Yes / No | Yes/No | Yes/No | |
| 18 | Hernandez Body Camera Video in San Juan, Texas Shed Area, August 27, 2016 ("bp Castillo.MP4") CD | Yes | Yes / No | Yes/No | Yes/No | |
| 19 | Castillo Body Camera Video in San Juan, Texas Shed, August 27, 2016 ("(case for padilla) Body.X78045089.1488.160827.073646.305.MP4") CD | Yes | Yes / No | Yes/No | Yes/No | |
| 20 | Dashcam, August 27, 2016 7:24am | Yes | Yes / No | Yes/No | Yes/No | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARK | OFFER | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| 21 | Hernandez Body Camera Video, BODY.X78045972.1793.160827.064500.597.MP4 | Yes | Yes / No | Yes/No | Yes/No | |
| 22 | Audio, DEA Interview of R. Castillo | Yes | Yes / No | Yes/No | Yes/No | |
| 22A | Demonstrative of DEA Interviews | Yes | Yes / No | Yes/No | Yes/No | |
| 23 | Photo Hernandez's cell phone | Yes | Yes / No | Yes/No | Yes/No | |
| 24 | Cell phone excerpt | Yes | Yes / No | Yes/No | Yes/No | |
| 25 | Border Patrol Dispatch | Yes | Yes / No | Yes/No | Yes/No | |
| 25A | Border Patrol Dispatch Lounder | Yes | Yes / No | Yes/No | Yes/No | |
| 26 | Castillo Body Camera Video in San Juan, Texas Carl's Jr, August 27, 2016 ("(case for padilla) Body.X78045089.1488.160827.073646.305.MP4") CD | Yes | Yes / No | Yes/No | Yes/No | |
| 27 | Castillo and Hernandez Body Camera in San Juan, Texas at stop with synthetic marijuana CD | Yes | Yes / No | Yes/No | Yes/No | |
| 28 | Text exchange between DPS Flores and J. Bazan (6 pgs) | Yes | Yes / No | Yes/No | Yes/No | |
| 29 | AT&T Record Excerpts | Yes | Yes / No | Yes/No | Yes/No | |
| 30 | | Yes | Yes / No | Yes/No | Yes/No | |
| 31 | | Yes | Yes / No | Yes/No | Yes/No | |
| 32 | | Yes | Yes / No | Yes/No | Yes/No | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARK | OFFER | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| 33 | | Yes | Yes / No | Yes/No | Yes/No | |
| 34 | | Yes | Yes / No | Yes/No | Yes/No | |
| 35 | | Yes | Yes / No | Yes/No | Yes/No | |
| 36 | | Yes | Yes / No | Yes/No | Yes/No | |
| 37 | | Yes | Yes / No | Yes/No | Yes/No | |
| 38 | | Yes | Yes / No | Yes/No | Yes/No | |
| 39 | | Yes | Yes / No | Yes/No | Yes/No | |
| 40 | | Yes | Yes / No | Yes/No | Yes/No | |
| 41 | | Yes | Yes / No | Yes/No | Yes/No | |
| 42 | | Yes | Yes / No | Yes/No | Yes/No | |
| 43 | | Yes | Yes / No | Yes/No | Yes/No | |
| 44 | | Yes | Yes / No | Yes/No | Yes/No | |
| 45 | | Yes | Yes / No | Yes/No | Yes/No | |